People of State of Illinois ex rel. Harry A. Rulo, Appellee, v. John Prendergast, as Commissioner of Police of City of Chicago et al., Appellants.

Gen. No. 45,333. 

John J. Mortimer, Acting Corporation Counsel of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Mulcahy, Murphy & Dieringer, for appellee; Michael F. Mulcahy, and Henry W. Dieringer, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 10, 1951; rehearing denied January 7, 1952; released for publication January 7, 1952.